IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BAMIDELE MURAINA,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00092 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN R. THOMPSON,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of May 2023, upon consideration of pro se Petitioner Bamidele Muraina ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition (Doc. Nos. 1, 1-1) is **DISMISSED WITHOUT PREJUDICE as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
